■ NATIONAL BANK OF NORTH AMERICA, Respondent, v LARRY J. PASKOW & ASSOCIATES, INC., as Agents for Realty Equities 1960 Corp., et al., Appellants.—Judgment, Supreme Court, New York County, entered on November 21, 1977, unanimously affirmed. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Oral application to submit letter of June 5, 1978 is denied. No opinion. Concur—Lupiano, J. P., Silverman, Fein, Lane and Sullivan, JJ.

■ SHIRLEY C. SOMAN, Individually and as Coexecutor of ROBERT SOMAN, Deceased, Respondent, v DOMINICK J. DIMAIO, as Chief Medical Examiner of the City of New York, Appellant.—Appeal from order, Supreme Court, New York County, entered on January 16, 1978, dismissed, without costs and without disbursements, the order being one denying reargument and thus not appealable. (Cf. *Reynolds Securities v Underwriters Bank & Trust Co.,* 44 NY2d 568.) No opinion. Concur—Silverman, J. P., Evans, Fein, Lane and Sandler, JJ.

■ WILLIAM S. HERRMANN, Appellant, v LEONARD P. MOORE et al., Respondents.—Order, Supreme Court, New York County, entered on November 23, 1977, unanimously affirmed on the opinon of Alexander, J., without costs and without disbursements. Concur—Silverman, J. P., Evans, Fein, Lane and Sandler, JJ.

■ In the Matter of MICHAEL MONAGHAN, Petitioner, v HAROLD ROTHWAX, Respondent.—Application in the nature of a writ of prohibition unanimously denied and the petition dismissed, without costs and without disbursements. The stay affixed to the notice of application, dated May 19, 1978, is vacated. No opinion. Concur—Kupferman, J. P., Lupiano, Birns, Fein and Lane, JJ.

## (July 27, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, v EDWARD WRIGHT.—Motion to be relieved as assigned counsel denied without prejudice to an application upon argument of the appeal or submission of the appeal to withdraw as counsel. (See *People v Saunders,* 52 AD2d 833.) Concur—Murphy, P. J., Silverman, Evans, Lane and Markewich, JJ.

■ BESTVISION, INC., v SATORI PRODUCTIONS, INC.—Motion granted only to the extent of modifying the order of this court entered on June 20, 1978 by substituting the sum of $9,660 for the sum of $2,737 in the last paragraph of said order and, in all other respects, the determination of this court on Motion No. M-2015, by order entered on June 20, 1978, is adhered to. Concur—Lupiano, J. P., Silverman, Fein, Lane and Sullivan, JJ.